IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRIN KIDD, JR.**                                                                                    **PLAINTIFF**

v.                                    No. 5:12-cv-69-DPM

**GREG CLEVELAND, Individually and In
His Official Capacity; BETTYE DUNN-WRIGHT,
Individually and In Her Official Capacity; and
DOLLARWAY SCHOOL DISTRICT BOARD OF
EDUCATION, a Public Corporate Body**                                **DEFENDANTS**

### ORDER

Motion for default judgment, *Document No. 6*, denied.  Although Kidd did not receive Defendants' answer, they did file one and certified that they sent it to him at the provided address.  Further, the Court cannot tell whether the answer was timely because Kidd has filed no proof of service.  His motion is therefore denied; and the Clerk is directed to send Kidd a copy of the Defendants' answer, *Document No. 3*.  The Court encourages the parties to move forward on the merits of this case rather than getting tangled in procedural scuffles.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

19 July 2012