IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARRIN KIDD, JR.                                                                PLAINTIFF

v.                                        No. 5:12-cv-69-DPM

GREG CLEVELAND, Individually and
in His Official Capacity; BETTYE DUNN-WRIGHT,
Individually and in Her Official Capacity; and
DOLLARWAY SCHOOL DISTRICT BOARD
OF EDUCATION; a public Corporate Body                          DEFENDANTS

ORDER

The Court is concerned about the progress of this case. Trial is only a few months out and Kidd says he still hasn't received the Defendants' initial disclosures. № 15. The Court appreciates Kidd's report, but the joint status report, which the Court requested for immediate filing — nearly three weeks ago — is still outstanding. The Court will hold a status conference on 27 August 2013 at 3:00 p.m., in courtroom B155 of the Richard Sheppard Arnold U.S. District Court, to get this case back on track.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 July 2013