IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRIN KIDD, JR.**                                                                                       PLAINTIFF

v.                                        No. 5:12-cv-69-DPM

**GREG CLEVELAND, individually
and in his official capacity; BETTYE
DUNN-WRIGHT, individually and
in her official capacity; and DOLLARWAY
SCHOOL DISTRICT BOARD OF
EDUCATION, a public corporate body**                                       DEFENDANTS

## ORDER

The Court congratulates the parties on their settlement, № 20, and thanks Magistrate Judge Volpe for his good work. The trial is cancelled and the final scheduling order is suspended. The Court will enter judgment dismissing the case with prejudice unless some party requests some other relief before 22 November 2013.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 25 October 2013