IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRIN KIDD, JR.**                                           **PLAINTIFF**

v.                  No. 5:12-cv-69-DPM

**GREG CLEVELAND, individually
and in his official capacity; BETTYE
DUNN-WRIGHT, individually and
in her official capacity; and DOLLARWAY
SCHOOL DISTRICT BOARD OF
EDUCATION, a public corporate body**        **DEFENDANTS**

## JUDGMENT

Kidd's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 November 2013